John R. Keough, III (JK 6013)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorney for Plaintiff
GOLDTRUST SHIPPING PTE LTD.
111 Broadway, 4th Floor
New York, New York 10006
Telephone: (212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
GOLDTRUST SHIPPING PTE LTD.,

       Plaintiff,

  -against-

GUOHANG OCEAN SHIPPING (HK) LTD. and
GUOHANG BULK CARRIERS LTD.,

       Defendants.
---------------------------------------------------------------------X

ECF CASE

07 Civ. 3694 (RPP)(DFE)

**RULE 7.1 STATEMENT**

  Pursuant to F.R.Civ.P. 7.1, the Plaintiff, GOLDTRUST SHIPPING PTE LTD., identifies the following as a parent corporation or a publicly-held corporation owning 10% or more of Plaintiff stock:

NONE.

Dated: New York, New York
   May 9, 2007

      **WAESCHE, SHEINBAUM & O'REGAN, P.C.**
      Attorneys for Plaintiff
      GOLDTRUST SHIPPING PTE LTD.

      By: _____s/_____
       John R. Keough, III (JK 6013)
       111 Broadway, 4th Floor
       New York, New York 10006
       (212) 227-3550