John R. Keough, III (JK 6013)
WAESCHE, SHEINBAUM & O'REGAN, P.C.
Attorneys for Plaintiff
GOLDTRUST SHIPPING PTE LTD.
111 Broadway, 4th Floor
New York, New York 10006
Telephone: (212) 227-3550

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GOLDTRUST SHIPPING PTE LTD.,

            Plaintiff,

    -against-

GUOHANG OCEAN SHIPPING (HK) LTD. and
GUOHANG BULK CARRIERS LTD.,

            Defendants.
------------------------------------------------------------X

ECF CASE

07 Civ.

**ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO RULES 4 AND B**

An application having been made by counsel for the Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) and Supplemental Rule B(1)(d)(ii) of the Federal Rules of Civil Procedure,

**NOW**, on reviewing the affidavit of John R. Keough, III, sworn to on May 9, 2007, and it appearing that such appointment will result in substantial economies in time and expense, it is hereby

**ORDERED** that John R. Keough, III, John R. Foster, Cody D. Constable, Michael Griffin, or any other partner, associate, or agent of Waesche, Sheinbaum & O'Regan, P.C., who is at least 18 years of age and not a party to this action be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment, as well as any Supplemental Process, and the Verified Complaint, together with

any interrogatories, upon the garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated: New York, New York
     May 9, 2007

                                                                  _____
                                                                           U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
           DEPUTY CLERK