**Waesche, Sheinbaum & O'Regan, P.C.**
Counsel for the Plaintiff
111 Broadway
New York, New York 10006-1991
Telephone: (212) 227-3550
John R. Keough, III (JK6013)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDTRUST SHIPPING PTE LTD., | ECF CASE |
| Plaintiff, | 07 Civ. 03694 (RPP) |
| -against- | |
| GUOHANG OCEAN SHIPPING (HK) LTD. and GUOHANG BULK CARRIERS LTD., | NOTICE OF DISMISSAL |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to F.R.Civ.P. 41(a), the Plaintiff voluntarily dismisses the above-captioned action without prejudice. No adverse party has served an answer or a motion for summary judgment in this action.

Dated: New York, New York
       July 18, 2007

                                    **Waesche, Sheinbaum & O'Regan, P.C.**
                                    Attorneys for the Plaintiff

                                    By: _/s/ John R. Keough, III_
                                        John R. Keough, III
                                        Attorney ID: JK6013
                                        111 Broadway, 4th Floor
                                        New York, NY 10006
                                        (212) 227-3550

TO:

THE CLERK OF THE COURT