Waesche, Sheinbaum & O'Regan, P.C.
Counsel for the Plaintiff
111 Broadway
New York, New York 10006-1991
Telephone: (212) 227-3550
John R. Keough, III (JK6013)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

GOLDTRUST SHIPPING PTE LTD.,

                    Plaintiff,

-against-

GUOHANG OCEAN SHIPPING (HK) LTD.
and GUOHANG BULK CARRIERS LTD.,

                    Defendants.

07 Civ. 03694 (RPP)

NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to F.R.Civ.P. 41(a), the Plaintiff voluntarily dismisses the above-captioned action without prejudice. No adverse party has served an answer or a motion for summary judgment in this action.

Dated: New York, New York
July 18, 2007

*So ordered*
*RWS Platt*
*USDJ*
*7/19/07*

Waesche, Sheinbaum & O'Regan, P.C.
Attorneys for the Plaintiff

By: _____
John R. Keough, III
Attorney ID: JK6013
111 Broadway, 4th Floor
New York, NY 10006
(212) 227-3550

TO:

THE CLERK OF THE COURT